UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE ALBERTS, Individually and
on behalf of others similarly situated,

    Plaintiff,

v.

CITIZENS DISABILITY, LLC,

    Defendant.
_____/

Case No. 1:18-cv-427

HON. JANET T. NEFF

## ORDER OF DISMISSAL

The Court having reviewed Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 14) and pursuant to FED. R. CIV. P. 41(a)(2):

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Citizens Disability, LLC are DISMISSED without prejudice, and without costs, sanctions, or attorneys fees.

This is a Final Order and closes the case.

Dated: June 18, 2018

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge